IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOSEPH LEE OSBOURNE,          )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )         2:19cv535-MHT
                              )            (WO)
MR. S. HARDY, C.O., et        )
al.,                          )
                              )
     Defendants.              )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the three defendant correctional officers stood by doing nothing while he was stabbed by another prisoner. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed because plaintiff reportedly has refused all mail from the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of October, 2019.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE